THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CHARLES VON GLAHN, Appellant.

Submitted October 4, 1954; decided October 7, 1954.

*Samuel L. Hays* for motion.

No one opposed.

Motion granted and Messrs. Griffing, Smith and Lundberg, 137 West Main Street, Riverhead, New York, assigned as counsel to defendant on the appeal herein.